UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LAWRENCE E. GREENE,

        Plaintiff,

v.

R. REWERTS et al.,

        Defendants.

_____/

Case No. 1:23-cv-16

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:    February 23, 2023            /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge